**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Raul REYES–CORTEZ, a/k/a Raul Gutierrez, Defendant—Appellant.**

No. 04–50292.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

Becky S. Walker, Esq., J. Mark Childs, Esq., USLA—Office of The U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Rudy Kraft, Esq., San Luis Obispo, CA, J. Thomas Logan, Esq., Law Office of J. Thomas Logan, Pasadena, CA, for Defendant–Appellant.

Before: GOODWIN, W. FLETCHER, and FISHER, Circuit Judges.

MEMORANDUM **

Raul Reyes–Cortez appeals his guilty-plea conviction and 111–month sentence for possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1) and possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A).

Appellant's unopposed motion for a limited remand is granted. *See United States v. Moreno–Hernandez,* 419 F.3d 906, 916 (9th Cir.2005) (extending the limited remand procedure under *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir. 2005) (en banc), to cases involving non-constitutional error under *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005)).

REMANDED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

